Marcus Leinart
State Bar No. 00794156
Leinart Law Firm
10670 N. Central Exprwy, Ste 320
Dallas, TX 75231
469.232.3328 Phone
214.221.1755 Fax
ATTORNEY FOR DEBTORS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SHERRY LYNN FRANCIS | § | CASE NO. 23-42283-MXM-13 |
| | § | |
| Debtor | § | CHAPTER 13 |

| | | |
|---|---|---|
| OFFICE OF THE STANDING | § | |
| CHAPTER 13 TRUSTEE | § | |
| Movant | § | |
| | § | |
| vs. | § | |
| | § | |
| SHERRY LYNN FRANCIS | § | |
| | § | |
| Debtor | § | |

### OPPOSED RESPONSE TO TRUSTEE'S 17 DAY NOTICE OF INTENT TO CERTIFY CHAPTER 13 CASE FOR DISMISSAL PER GENERAL ORDER 2021-05

TO THE HONORABLE COURT AND INTERESTED PARTIES:

Debtor herein objects to the Trustee's 17 Day Notice of Intent to Certify Chapter 13 Case for Dismissal per General Order 2021-05 dated 2/29/2024.

Debtor requests that the Chapter 13 Plan payment arrears be cured by being allowed until 3/21/2024 to be current without risk of Dismissal during the interim.

DATED: March 12, 2024

Respectfully Submitted,

Leinart Law Firm
10670 N. Central Exprwy, Ste 320

        Dallas, TX 75231
        469.232.3328 Phone
        214.221.1755 Fax

        By: /s/ Marcus Leinart
        Marcus Leinart
        State Bar No. 00794156
        ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

I hereby certify that on a true and correct copy of the foregoing Opposed Response to "Trustee's 17 Day Notice of Intent to Certify Chapter 13 Case for Dismissal per General Order 2021-05," was served on the date the instrument was filed electronically. Service was accomplished electronically on the Trustee and all parties who filed a notice of appearance consenting to electronic service.

DATED: March 12, 2024

        Respectfully Submitted,

        Leinart Law Firm
        10670 N. Central Exprwy, Ste 320
        Dallas, TX 75231
        469.232.3328 Phone
        214.221.1755 Fax

        By: /s/ Marcus Leinart
        Marcus Leinart
        State Bar No. 00794156
        ATTORNEY FOR DEBTORS