



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 20, 2024**

_____
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | CASE NUMBER: 23-42283-MXM |
| SHERRY LYNN FRANCIS | § § | CHAPTER 13 |
| DEBTOR | § § § | JUDGE MARK X MULLIN |

### ORDER APPROVING TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS

CAME ON FOR CONSIDERATION the Trustee's Recommendation Concerning Claims ("TRCC") filed on or about February 02, 2024 [Docket #43].

The Court finds that notice was and is appropriate under the circumstances.
No Response or Objection was filed by any Party.

The Court hereby APPROVES the TRCC with the following changes, if any:

   NONE

# # # END OF ORDER # # #